STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Perry R. Sanders, Jr.
Sanders, Bryant & Jones, LLC
31 N. Tejon Street, #400
Colorado Sprin CO 80903

Marshall Joseph Simien, Jr.
Simien Law Firm
One Lakeshore Drive, Ste 1110
Lake Charles LA 70629

Nolan Craig Richardson
Robichaux, Mize & Wadsack
P. O. Box 2065
Lake Charles LA 70602-2065


REHEARING ACTION: March 16, 2016

**Docket Number: 15   00793-CW**

**EXIE WINN ARVIE ADAMS, ET AL.
VERSUS
UNION PACIFIC RAILROAD, ET AL.
***consolidated with***
EVA DIANNE MILLER ABRAHAM, ET AL.
VERSUS
UNION PACIFIC RAILROAD, ET AL.
***consolidated with***
JANICE THERESA AARON, ET AL.
VERSUS
UNION PACIFIC RAILROAD, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2009-1589 c/w 2009-1590, c/w 09-1591**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. James T. Genovese
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Janice Theresa Aaron, et al** has this day been

    **DENIED.**
    Peters, J., would grant the rehearing.


cc: David Andrew Fraser, Counsel for  the Respondent
    Pamela LeBato Courtney, Counsel for  the Respondent
    Neil Charles Abramson, Counsel for the Applicant
    Nora B. Bilbro, Counsel for the Applicant